UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND CRAIG JOHNSON, :
                              CIVIL ACTION NO. 3:22-0640
        Petitioner :

                                  (JUDGE MANNION)
   v. :

WARDEN J.L. JAMISON, :

        Respondent :

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Johnson's petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: November 7, 2023
22-0640-01-Order